JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARPINE BARSEGHYAN, an individual, and NV MOTORS LLC, a California Limited Liability Company<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: **2:25-cv-00437**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The Court hereby retains jurisdiction to enforce and require compliance with the terms of the Settlement Agreement entered into by the Parties. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

IT IS SO ORDERED

Date: November 6, 2025

By: *[signature]*
Honorable *Michael W. Fitzgerald*
United States District Judge

**JOINT STIPULATION AND ORDER OF DISMISSAL**